CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

|  |  |
|---|---|
| ECOFACTOR, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:20-cv-00080-ADA ) |
| VIVINT, INC., | ) ORAL ARGUMENT ) REQUESTED |
| Defendant. | ) ) **FILED UNDER SEAL** |

**VIVINT INC.'S OPPOSED MOTION TO TRANSFER VENUE TO THE
<u>NORTHERN DISTRICT OF CALIFORNIA</u>**

# MOTION FILED UNDER SEAL