CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

ECOFACTOR, INC.,

                Plaintiff,

        v.

VIVINT, INC.,

                Defendant.

**Case No. 6:20-cv-00080-ADA**

**FILED UNDER SEAL**

**ECOFACTOR'S OPPOSITION TO VIVINT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**